**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

DERRICK U DENNIS, on behalf of himself and all others similarly situated,

    Plaintiffs,

-against-

FILENE'S BASEMENT, LLC,

    Defendant.

Case No. 1:19-cv-00680-RJD-JO

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Queens, New York
           July 1, 2019

By: */s/ Jonathan Shalom*
Jonathan Shalom, Esq.
SHALOM LAW, PLLC.
124-04 Metropolitan Avenue
Kew Gardens, NY 11415
Tel: 718-971-9474
*ATTORNEYS FOR PLAINTIFF*

By: */s/ Kristin J. Achterhof*
Kristin J. Achterhof, Esq.
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661
Tel: 312-902-5296
*ATTORNEYS FOR DEFENDANT*